UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E.B., *et al.*,

    Plaintiffs,

    v.

PAULA SWEENEY, *et al.*,

    Defendants.

Case No. C20-185-JCC-MLP

ORDER

Having reviewed the Notice of Substitution and a duly executed Certification of Brian T. Moran, United States Attorney for the Western District of Washington (dkt. ## 1-2, 6), pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Defendants Paula Sweeney and John Doe Sweeney. It is hereby ordered that the caption of this case be amended to read as follows:

//

ORDER - 1

| | |
|---|---|
| E.B, *et al.*, | |
| Plaintiffs, | Case No. C20-185-JCC-MLP |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

DATED this 11th day of February, 2020

*/s/ Michelle L. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge